FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RANDALL S. AMES,

                    Plaintiff,

        v.

JUDGE LECH J. RADZIMSKI,
individually and in his official capacity;
WESLEY BRUCE AMES, individually
and in his marital community (if
applicable); STANLEY ROY AMES,
individually and in his marital community
and in his official capacity as agent for
Ames Development Corp.; MERITA
LYNN DYSART, individually and in her
marital community; DELTON J.
DYSART, individually and in his marital
community; JUDGE GINA TVEIT,
individually and in her official capacity;
JUDGE/COMMISSIONER ALLEN C.
NEILSON, individually and in his official
capacity; JUDGE TIMOTHY B.
FENNESSY, individually and in his
official capacity; JUDGE TONY HAZEL,
individually and in his official capacity;
JUDGE JOHN O. COONEY, individually
and in his official capacity; JUDGE
RAYMOND F. CLARY, individually and

NO. 2:22-CV-0290-TOR

ORDER OF DISMISSAL

1    in his official capacity; JUDGE ANNETTE
2    S. PLEASE, individually and in her official
     capacity; SHERIFF DEPUTY GREGORY
3    GOWEN, individually and in his official
     capacity; DENNIS PARENT, individually
4    and in his marital community; SHERIFF
     DEPUTY E. MIDDLESWORTH,
5    individually and in his official capacity;
     COURT ADMINISTRATOR EVELYN
6    BELL, individually and in her official
     capacity; PAMELA RAY, individually and
7    in her official capacity; PATRICIA
     CLARK, individually and in her official
8    capacity; DELINA DYSART, individually
     and in her official capacity; SHERIFF
9    DEPUTY ERIC PETERSON, individually
     and in his official capacity; JOHN
10   HASKELL, Spokane County District
     Attorney, individually and in his official
11   capacity; ARLENE HANSEN, individually
     and in her marital community; LOWETA
12   MEDFORD, individually and in her
     marital community; MICHELLE
13   GAGNON-ENRIGHT, Stevens County
     Washington Court Clerk, individually and
14   in her official capacity; and TIM
     RASMUSSEN, Stevens County
15   Washington Prosecuting Attorney,
     individually and in his official capacity;
16                                    Defendants.

17

18        BEFORE THE COURT is Plaintiff's Complaint (ECF No. 1) which was

19   filed on November 23, 2022 and which appears not to have been properly served

20   on any of the Defendants.  This case has now languished for 163 days.

ORDER OF DISMISSAL ~ 2

**DISCUSSION**

Federal Rule of Civil Procedure 4(m) requires the Plaintiff to serve the Summons and Complaint on each Defendant within 90 days after the complaint is filed or suffer dismissal. Specifically, Rule 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m); *see also Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007). Rule 4(m) requires the court to extend the time for service if a plaintiff shows good cause for the failure to timely serve the complaint. *Id*. Plaintiff has shown no cause whatsoever to extend the time for service.

On April 20, 2023, this Court entered an Order Requiring Plaintiff to Provide Proof of Service. ECF No. 6. Plaintiff was given 14-days to comply.

Plaintiff has not complied with the Court's Order. Plaintiff was warned that the case would be dismissed for failure to timely serve and prosecute the case absent compliance with the Court's Order.

//

//

//

ORDER OF DISMISSAL ~ 3

1    **ACCORDINGLY, IT IS HEREBY ORDERED:**

2        All claims and causes of action in this matter are **DISMISSED** without

3    prejudice.

4        The District Court Executive is hereby directed to enter this Order and

5    Judgment accordingly, furnish copies to Plaintiff at his last known address, and

6    **CLOSE** the file.

7        DATED May 5, 2023.

8    

9                            THOMAS O. RICE
                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL ~ 4