AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 05, 2023**

SEAN F. McAVOY, CLERK

Randall S. Ames,

*Plaintiff*

v.

Judge Lech J. Radzimski, Wesley Bruce Ames, Stanley Roy Ames, Merita Lynn Dysart, Delton J. Dysart, Judge Gina Tveit, Judge/Commissioner Allen C. Neilson, Judge Timothy B. Fennessy, Judge Tony Hazel, Judge John O. Cooney, Judge Raymond F. Clary, Judge Annette S. Please, Sheriff Deputy Gregory Gowen, Dennis Parent, Sheriff Deputy E. Middlesworth, Court Administrator Evelyn Bell, Pamela Ray, Patricia Clark, Delina Dysart, Sheriff Deputy Eric Peterson, John Haskell, Arlene Hansen, Loweta Medford, Michelle Gagnon-Enright, and Tim Rasmussen,

*Defendants*

Civil Action No. 2:22-cv-00290-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims and causes of action in this matter are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    THOMAS O. RICE

Date: 05/05//2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk
*(By) Deputy Clerk*

Lilly Savchuk